R. W. Davis and Singeltary & Reaves, for Defendant in Error.

———

Citizens Bank of Geneva, a Corporation, Appellant, v. G. H. Harris, Appellee.

Appeal from a Decree of the Circuit Court for Holmes County.

Decree of the Circuit Court affirmed; Per Curiam decision of the Court.

C. L. Wilson, for Appellant;

Reeves & Watson & Pasco, for Appellee.